IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-CR-00357-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN CHENG and
2. **WANG HONG,**

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Defendant Wang Hong's Second Unopposed Motion for Enlargement of Time for Filing of Pretrial Motions (Doc #35), filed December 3, 2007 is stricken for failure to comply with this Court's local rule D.C.COLO.LCrR 49.3E.

Dated: December 5, 2007

                                        s/ Kathy Preuitt-Parks, Deputy Clerk